## BYINGTON v. WOOD.

*Appeal from Johnson District Court.*

THURSDAY, DECEMBER 19.

THE facts are stated in the opinion of the court delivered by,

WRIGHT, J.—Proceeding to foreclose a tax title. The cause was referred to a master who found and reported that the property in question, at the time of the levy of the tax, belonged to the first Presbyterian church of Iowa City; did not exceed three acres in extent, was devoted solely to the appropriate objects of the church, and that it was not leased, nor otherwise used with a view to pecuniary profit.

*Held,* that the property was not liable to taxation, under the 4th clause of § 455 of ch. 39, Code of 1851.

*Held,* further, that the plaintiff acquired no such interest by his purchase as would give him a right to a lien for taxes voluntarily paid for subsequent years, though the property had passed to a third person, who could not claim the exemption. *Byington v. Allen,* 11 Iowa 3; *Same v. Walsh,* Ib. 27.

Affirmed.

*Byington pro se.*

*Clark & Bro.* for the appellee.